| United States District Court | | Southern District of Texas |
|---|---|---|
| BMO Capital Markets Corp., | § § § | |
| Plaintiff, | § § | |
| versus | § § | Civil Action H-15-723 |
| UBS Financial Services, Inc., et al., | § § § | |
| Defendants. | § | |

## Order Staying Case

1. This case is stayed. (23)

2. The motion to examine forensic images of BMO Capital Markets Corp. is denied. (26)

3. If BMO Capital does not promptly participate in the mandated arbitration, this court will vacate its preservation order and dismiss this case.

Signed on April 1, 2015, at Houston, Texas.

Lynn N. Hughes
United States District Judge